### PHELPS v. THE STATE, EX REL. DEDGE.
### RICHARDS v. THE STATE, EX REL. DEDGE.
### KITTRELL v. THE STATE, EX REL. DEDGE.

(Decided April 12, 1917. 74 South. 971.)

APPEAL from Russell Circuit Court.

Heard before Hon. J. S. WILLIAMS.

GLENN & DE GRAFFENRIED, H. A. FERRALL and T. H. SEAY, for appellants. W. L. MARTIN, Attorney General, and P. W. TURNER, Assistant Attorney General, for appellee.

SOMERVILLE, J.—All the questions here presented are ruled adversely to the several appellants in the case of *Edmunds v. The State, ex rel. Dedge, infra,* 74 South. 965, and on the authority of that case the several appeals are affirmed.

All the Justices concur.

---

### PHILIPS v. PRATT CONSOLIDATED COAL CO.

(Decided April 17, 1917. 74 South. 1005.)

APPEAL from Walker Circuit Court.

Heard before Hon. J. J. CURTIS.

F. A. GAMBLE, for appellant. BANKHEAD & BANKHEAD, for appellee.

PER CURIAM.—Appeal dismissed for want of prosecution.

---

### PORTER, ET AL. v. THE STATE.

(Decided April 12, 1917. 74 South. 1005.)

APPEAL from Russell Circuit Court.

Heard before Hon. J. S. WILLIAMS.

GLENN & DE GRAFFENRIED, for appellants. W. L. MARTIN, Attorney General, and P. W. TURNER, Assistant Attorney General, for the State.

PER CURIAM.—Affirmed on certificate.